ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 24 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | | |
|---|---|---|
| ROSAZEST BRENT, Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 3-05CV1373-P |
| FRITO-LAY, INC., Defendant. | § § § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

**ROSAZEST BRENT**, Plaintiff in the above-entitled and numbered cause, moves this Court to dismiss this cause with prejudice to her right to refile same or any part thereof, for the reason that any and all claims and controversies have been fully and finally compromised and settled between the parties.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully moves this Court to dismiss with prejudice any and all claims asserted in the above-entitled cause, with prejudice to her right to refile same or any part thereof, with costs of suit taxed against each party incurring same.

Respectfully submitted,

_____
Mr. Christian Jenkins
State Bar No. 10625500

Young Christian Jenkins
State Bar No. 24034505

1307-B West Abram, Ste. 100
Old Town Office Plaza
Arlington, Texas 76013
Telephone: (817) 461-4222
Telefax: (817) 461-5199

ATTORNEY FOR PLAINTIFF

OF COUNSEL:

**LAW OFFICES OF CHRISTIAN JENKINS, P.C.**


**AGREED TO BY:**

**RODRIGUEZ, COLVIN, CHANEY & SAENZ, LLP**
4900 A-2 North Tenth Street
McAllen, Texas 78504
Telephone: (956) 686-1287
Facsimile: (956) 686-6197

_____
Raymond A. Cowley
State Bar No 04932400

ATTORNEY FOR DEFENDANT


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded by **certified mail, return receipt requested,** to the following counsel of record on this the 10th day of October, 2005.

Mr. Raymond A. Cowley
RODRIGUEZ, COLVIN & CHANEY, LLP
4900 N. 10th Street, Bldg. A-2
McAllen, Texas 78504

_____
Signature

-2-